

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
1/6/2015 12:33:02 PM
CHRISTOPHER A. PRINE
Clerk

# John D. Kinard

**DISTRICT CLERK**
**GALVESTON COUNTY, TEXAS**

January 06, 2015

Fourteenth Court of Appeals
Christopher Prine Clerk of Court
301 Fannin Suite 245
Houston TX 77002

### AMENDED NOTICE OF ASSIGNMENT ON APPEAL

IN RE: Cause No**. 12-CV-0343,** Styled **Kings High Ranch, L.L.C. vs. Ultimate Kobe Beef, L.L.C., et al-** Filed in **405th District Court** of Galveston County, Texas

Dear Clerk:

Please find enclosed a copy of the notices of appeals filed in the above case. This case is assigned to the **14th** Court of Appeals, **Appellate Case Number 14-14-01014-CV,** Houston, Texas.

Please note the following information:
**Date of Appealable Order or Judgment: October 03, 2014**
**Notice of Appeal: December 31, 2014**
**Notice of Appeal: January 2, 2015**
**Motion for New Trial filed: None Filed**
**Request for Finding of Facts and Conclusions of Law filed: October 21, 2014**
**Trial Judge: Michelle Slaughter**
**Court Reporter: Cylena Korkmas**

Request is hereby made that all parties immediately file any designation of material to be included in the Clerk's record. Any Motions for Extension of Time to file the record on appeal must be filed directly with the Court of Appeals A copy of this assignment letter is being mailed to all counsel of record. Please file mark the additional copy of this letter and return the same to my office.

Sincerely,

**John D. Kinard**
 **District Clerk**
**Galveston County, Texas**

By: /s/ Linda Scott**,** Deputy

CAUSE NO. 12-CV-0343

| | | |
|---|---|---|
| KINGS HIGH RANCH, LLC, AND | § | IN THE DISTRICT COURT OF |
| BILL & ELIZABETH FISHER D/B/A | § | |
| SARANAC OAKS RANCH | § | |
| | § | |
| V. | § | GALVESTON COUNTY, TEXAS |
| | § | |
| ULTIMATE KOBE BEEF, LLC, | § | |
| CHAMPION GENETICS, INC., | § | |
| ALLISON M. GODWIN, AND | § | |
| BRUCE R. HEMMINGSEN | § | 405th JUDICIAL DISTRICT |

## NOTICE OF APPEAL

Plaintiffs, BILL & ELIZABETH FISHER D/B/A SARANAC OAKS RANCH, hereby

give notice that they desire to appeal from the Court's Final Judgment signed on October 3, 2014,

including rulings on pre-trial and post-trial motions.

The appeal will be to the Fourteenth Court of Appeals in Houston, Texas.

As required by the Local Rules Relating to the Assignment of Related Cases to and

Transfers of Related Cases between the First and Fourteenth Courts of Appeals, I certify that, on

December 19, 2014, Plaintiff Kings High Ranch, LLC filed its notice of appeal.   The appeal was

subsequently assigned to the Fourteenth Court of Appeals and is currently pending under Cause

No. 14-14-01014-CV, *Kings High Ranch, L.L.C. v. Ultimate Kobe Beef, L.L.C., Champion*

*Genetics, Inc., Allison Mae Godwin and Bruce R. Hemmingsen.*

Respectfully submitted,

COKINOS, BOSIEN & YOUNG

BY: /s/ Anthony T. Golz
Anthony T. Golz
Texas Bar No. 24059834
agolz@cbylaw.com
1221 Lamar Street, 16th Floor
Houston, Texas 77010
(713) 535-5500
(713) 535-5533 (Fax)

ATTORNEYS FOR PLAINTIFFS,
BILL & ELIZABETH FISHER D/B/A
SARANAC OAKS RANCH

## CERTIFICATE OF SERVICE

I certify that, on December 31, 2014, a true and correct copy of the foregoing was served via facsimile and via e-mail upon the following counsel of record:

Andrew J. Mytelka
Stephen G. Schulz
Angela Olalde
GREER, HERZ & ADAMS, L.L.P.
2525 South Shore Blvd., Suite 203
League City, Texas 77573
Email:   aolalde@greerherz.com
Fax:   (866) 880-1519
**COUNSEL FOR KING'S HIGH RANCH, LLC**

Robert E. Booth
Andres "Andy" Soto
MILLS SHIRLEY, L.L.P.
2228 Mechanic Street, Suite 400
Galveston, Texas 77550
Email:   asoto@millsshirley.com
Fax:   (409) 763-2879
**COUNSEL FOR ULTIMATE KOBE BEEF, LLC,
ALLISON GODWIN AND BRUCE HEMMINGSEN**

S.R. Lewis, Jr.
LEWIS & WILLIAMS, L.L.P.
2200 Market Street
Galveston, Texas 77550
Email:   slewis@lewisandwilliams.com
Fax:   (409) 762-4606

Joel C. Elliott
ELLIOTT LAW FIRM, P.C.
131 East Tyler Street
Canton, Texas 75103
Email:   Christie@elliottattorneys.com
Fax:   (903) 567-3366
**COUNSEL FOR CHAMPION GENETICS, INC.**


 /s/ Anthony T. Golz
Anthony T. Golz

CAUSE NO. 12-CV-0343

| | | |
|---|---|---|
| KINGS HIGH RANCH, LLC, AND | § | IN THE DISTRICT COURT OF |
| BILL & ELIZABETH FISHER D/B/A | § | |
| SARANAC OAKS RANCH | § | |
| Plaintiffs | § | |
| | § | |
| V. | § | GALVESTON COUNTY, TEXAS |
| | § | |
| | § | |
| ULTIMATE KOBE BEEF, LLC, | § | |
| CHAMPION GENETICS, LLC, | § | |
| ALLISON M. GODWIN, AND | § | |
| BRUCE R. HEMMINGSEN | § | |
| Defendants | § | 405TH JUDICIAL DISTRICT |

## DEFENDANTS' NOTICE OF APPEAL

Defendants Ultimate Kobe Beef, LLC, Allison Godwin, and Bruce Hemmingsen file this Notice of Appeal pursuant to Tex. R. App. P. 25.1(c) and 26.1(d).

The Honorable Judge Slaughter of the 405th District Court of Galveston County, Texas signed a Final Judgment on October 3, 2014. An unofficial copy of the Final Judgment is attached.

From that part of the Final Judgment signed and entered on October 3, 2014, which is adverse to Defendants Ultimate Kobe Beef, LLC, Allison Godwin, and Bruce Hemmingsen, any adverse findings of fact and conclusions of law, and from all other related adverse rulings entered against them in Cause no. 12-CV-0343, Defendants Ultimate Kobe Beef, LLC, Allison Godwin, and Bruce Hemmingsen desire to appeal to the Fourteenth Court of Appeals, sitting in Houston, based on

the designation by the Galveston County District Clerk of that Court in connection with a previously filed Notice of Appeal, as set out below.

This appeal is from a final judgment and therefore this is not an accelerated appeal.

A copy of this notice of appeal is filed with the Clerk of the Fourteenth Court of Appeals pursuant to Tex. R. App. P. 25.1(e).

**Statement pursuant to Local Rule 1.4**: Plaintiff Kings High Ranch, LLC filed a Notice of Appeal on December 19, 2014, from Cause no. 12-CV-0343. The appeal was subsequently assigned to the Fourteenth Court of Appeals and is currently pending under Cause No. 14-14-01014-CV, *Kings High Ranch, L.L.C. v. Ultimate Kobe Beef, L.L.C., Champion Genetics, Inc., Allison Mae Godwin and Bruce R. Hemmingsen*.

Plaintiffs Bill and Elizabeth Fisher d/b/a Saranac Oaks Ranch also filed a Notice of Appeal on December 31, 2014, from Cause no. 12-CV-0343.

Respectfully submitted,

Mills Shirley L.L.P.
2228 Mechanic St., Suite 400
Galveston, TX 77550
Phone:        409.763.2341
Fax:   409.763.2879

By:_____
        George W. Vie III
Texas Bar No. 20579310
gvie@millsshirley.com
        Robert E. Booth
Texas Bar No. 24040546
rbooth@millssshirley.com
        Andres "Andy" Soto
Texas Bar No. 24071128
asoto@millsshirley.com
**Attorneys for Defendants,**
**Allison Godwin, Bruce Hemmingsen,**
**and Ultimate Kobe Beef, LLC.**

**Certificate of Service**

I certify that a copy of the foregoing instrument has been forwarded in an appropriate manner under the Texas Rules of Civil Procedure to all attorneys of record on January 2, 2015.

| **Via E-filing Service** | **Via E-filing Service** |
|---|---|
| Mr. Richard A. Simmons | Mr. Stephen Schulz/Ms. Angela Olalde |
| WALDRON & SCHNEIDER, LLP | GREER, HERZ & ADAMS, LLP |
| 15150 Middlebrook Drive | 2525 South Shore Blvd., Suite 203 |
| Houston, TX  77058 | League City, Texas 77573 |
| **Counsel for Plaintiffs** | **Counsel for Plaintiff** |
| **Bill & Elizabeth Fisher** | **Kings High Ranch, LLC** |

**Via E-filing Service**
Anthony T. Golz
COKINOS, BOSIEN & YOUNG
1221 Lamar Street, 16th Floor
Houston, TX  77010
**Counsel for Plaintiffs**
**Bill & Elizabeth Fisher**

_____

Andy Soto

12CV0343        2014 OCT -3 PM 3: 08

| | | |
|---|---|---|
| Kings High Ranch, LLC, and | § | In the District Court of |
| Bill & Elizabeth Fisher d/b/a | § | |
| Saranaco Oaks Ranch | § | |
| *Plaintiffs* | § | |
| | § | |
| | § | |
| v. | § | Galveston County, Texas |
| | § | |
| Ultimate Kobe Beef, LLC, | § | |
| Champion Genetics, LLC, | § | |
| Allison M. Godwin, and | § | |
| Bruce R. Hemmingsen | § | |
| *Defendants* | § | 405th Judicial District |

## Final Judgment

On April 21, 2014, the above-numbered and styled cause was called for a bench trial.

Plaintiffs Kings High Ranch, LLC, and Bill and Elizabeth Fisher d/b/a Saranac Oaks Ranch appeared through their attorneys of record and announced ready for trial.

Defendants Ultimate Kobe Beef, LLC, Allison Godwin, and Bruce Hemmingsen appeared through their attorneys of record and announced ready for trial.

The parties agreed and stipulated on the record to submit their claims for recovery of attorney's fees post-trial via briefing and affidavit.

After the trial, the parties submitted motions and evidence regarding their claims for recovery of attorney's fees.

The Court has considered the motions for judgment, the response, and pleadings on file, trial evidence, arguments of counsel, applicable law and other matters properly before it.

1.     With respect to Kings High Ranch, LLC's claims against Allison Godwin and Bruce Hemmingsen for **conversion, trespass to chattels, breach of fiduciary duty, fraud, alter ego liability, breach of contract, declaratory judgment, and claims under the Theft Liability Act** the Court enters judgment in favor of Allison Godwin and Bruce Hemmingsen and against Kings High Ranch, LLC. Kings High Ranch, LLC shall take nothing on those claims.

2.     With respect to Bill and Elizabeth Fisher d/b/a Saranac Oaks Ranch's claims against Allison Godwin and Bruce Hemmingsen for **conversion, trespass to chattels, breach of fiduciary duty, fraud, alter ego liability, breach of contract, declaratory judgment, and claims under the Theft Liability Act** the Court enters judgment in favor of Allison Godwin and Bruce Hemmingsen and against Bill and Elizabeth Fisher d/b/a Saranac Oaks Ranch. Bill and Elizabeth Fisher d/b/a Saranac Oaks Ranch shall take nothing on those claims.

3. With respect to Kings High Ranch, LLC's claims against Ultimate Kobe Beef, LLC for **conversion, trespass to chattels, fraud, declaratory judgment, and claims under the Theft Liability Act** the Court enters judgment in favor of Ultimate Kobe Beef, LLC and against Kings High Ranch, LLC. Kings High Ranch, LLC shall take nothing on those claims.

4. With respect to Bill and Elizabeth Fisher d/b/a Saranac Oaks Ranch's claims against Ultimate Kobe Beef, LLC for **conversion, trespass to chattels, fraud, declaratory judgment, and claims under the Theft Liability Act** the Court enters judgment in favor of Ultimate Kobe Beef, LLC and against Bill and Elizabeth Fisher d/b/a Saranac Oaks Ranch. Bill and Elizabeth Fisher d/b/a Saranac Oaks Ranch shall take nothing on those claims.

5. With respect to Kings High Ranch, LLC's claim for **breach of fiduciary duty** against Ultimate Kobe Beef, LLC the Court enters judgment in favor of Kings High Ranch, LLC and against Ultimate Kobe Beef, LLC. The Court ORDERS, ADJUDGES, and DECREES that Kings High Ranch, LLC recover from Ultimate Kobe Beef, LLC actual damages of $22,895.00 and punitive damages of $25,000.00. Kings High Ranch, LLC is entitled to post judgment interest on the total amount of the judgment ($47,895.00) at a rate of 5% per annum from the date this Final Judgment was signed until paid.

6. With respect to Kings High Ranch, LLC's claim that Ultimate Kobe Beef, LLC **breached its contract** with Kings High Ranch, LLC, the Court enters judgment in favor of Kings High Ranch, LLC and against Ultimate Kobe Beef, LLC. The Court ORDERS, ADJUDGES, and DECREES that Kings High Ranch, LLC recover from Ultimate Kobe Beef, LLC actual damages of $14,325.00. Kings High Ranch, LLC is entitled to post judgment interest on the total amount of the judgment ($14,325.00) at a rate of 5% per annum from the date this Final Judgment was signed until paid.

7. With respect to Bill and Elizabeth Fisher d/b/a Saranac Oaks Ranch's claim that Ultimate Kobe Beef, LLC breached a **fiduciary duty** to Bill and Elizabeth Fisher d/b/a Saranac Oaks Ranch, the Court enters judgment in favor of Bill and Elizabeth Fisher d/b/a Saranac Oaks Ranch and against Ultimate Kobe Beef, LLC. The Court ORDERS, ADJUDGES, and DECREES that Bill and Elizabeth Fisher d/b/a Saranac Oaks Ranch recover from Ultimate Kobe Beef, LLC actual damages of $8,570.00 and punitive damages of $12,500.00. Bill and Elizabeth Fisher d/b/a Saranac Oaks Ranch are entitled to post judgment interest on the total amount of the judgment ($21,070.00) at a rate of 5% per annum from the date this Final Judgment was signed until paid.

8. The Court ORDERS, ADJUDGES, and DECREES that for prevailing under the **Theft Liability Act**, Bruce Hemmingsen recover his reasonable and necessary attorney's fees of $16,556.88 from Kings High Ranch, LLC and Bill and Elizabeth Fisher d/b/a Saranac Oaks Ranch, jointly and severally. Further, Bruce Hemmingsen shall recover from Kings High Ranch, LLC and Bill and Elizabeth Fisher d/b/a Saranac Oaks Ranch, jointly and severally, his reasonable and necessary attorney's fees for services on appeal when he has prevailed on appeal at one of more of the following stages: $20,000.00 for appeal to the court of appeals; $10,000.00 if a party files a Petition for Review to the Texas Supreme Court; $15,000.00 if the Supreme Court requests briefing on the merits in connection with a Petition for Review; $7,500.00 if the Petition for Review is granted and oral argument is requested.

9. The Court ORDERS, ADJUDGES, and DECREES that for prevailing under the **Theft Liability Act**, Allison Godwin recover her reasonable and necessary attorney's fees of $16,556.87 from Kings High Ranch, LLC and Bill and Elizabeth Fisher d/b/a Saranac Oaks Ranch, jointly and severally. Further, Allison Godwin shall recover from Kings High Ranch, LLC and Bill and Elizabeth Fisher d/b/a Saranac Oaks Ranch, jointly and severally, her reasonable and necessary attorney's fees for services on appeal when she has prevailed on appeal at one of more of the following stages: $20,000.00 for appeal to the court of appeals;

$10,000.00 if a party files a Petition for Review to the Texas Supreme Court; $15,000.00 if the Supreme Court requests briefing on the merits in connection with a Petition for Review; $7,500.00 if the Petition for Review is granted and oral argument is requested.

10.     The Court ORDERS, ADJUDGES, and DECREES that for prevailing under the **Theft Liability Act**, Ultimate Kobe Beef, LLC recover its reasonable and necessary attorney's fees of $33,113.75 from Kings High Ranch, LLC and Bill and Elizabeth Fisher d/b/a Saranac Oaks Ranch, jointly and severally. Further, Ultimate Kobe Beef, LLC shall recover from Kings High Ranch, LLC and Bill and Elizabeth Fisher d/b/a Saranac Oaks Ranch, jointly and severally, its reasonable and necessary attorney's fees for services on appeal when it has prevailed on appeal at one of more of the following stages: $20,000.00 for appeal to the court of appeals; $10,000.00 if a party files a Petition for Review to the Texas Supreme Court; $15,000.00 if the Supreme Court requests briefing on the merits in connection with a Petition for Review; $7,500.00 if the Petition for Review is granted and oral argument is requested.

11.     Notwithstanding the appellate attorneys' fees referenced in paragraphs 8, 9 and 10, above, this Court does not intend to award duplicate appellate attorneys' fees to Bruce Hemmingsen, and/or Allison Godwin, and/or Ultimate Kobe Beef, LLC, should any or all of these parties retain the same appellate

counsel.

12. The Court determines that the award for Ultimate Kobe Beef, LLC's attorney's fees should be applied as a pro-rata set-off against the awards in favor of Kings High Ranch, LLC and Bill and Elizabeth Fisher d/b/a Saranac Oaks Ranch because the parties hold mutual judgments against each other. Specifically, Ultimate Kobe Beef, LLC is entitled to a set-off against the awards in favor of Kings High Ranch, LLC in the amount of $24,736.91, and Ultimate Kobe Beef, LLC is entitled to a set-off against the awards in favor of Bill and Elizabeth Fisher d/b/a Saranac Oaks Ranch in the amount of $8,376.84.

13. With respect to the claims for **declaratory judgment** by Ultimate Kobe Beef, LLC, Kings High Ranch, LLC and Bill and Elizabeth Fisher d/b/a Saranac Oaks Ranch; the Court finds for Ultimate Kobe Beef, LLC and DECLARES there is a valid and enforceable agreement whereby Ultimate Kobe Beef, LLC acquired ownership of the frozen bovine semen and embryos at issue in this suit (collectively the "FBS"). The Court further DECLARES that Ultimate Kobe Beef, LLC is the owner of FBS and Champion Genetics LLC shall release such FBS to Ultimate Kobe Beef, LLC.

14. It is ORDERED the all prior restraining orders and injunctions issued in this suit, including the Court's March 8, 2012, Order Granting Temporary Injunction, shall dissolve in accordance with its terms, upon entry of this Final

---

12CV0343; Judgment

Judgment, Ultimate Kobe Beef, LLC is entitled to recover as damages the temporary injunction bond or cash in lieu and ORDERS the District Clerk to release to Ultimate Kobe Beef, LLC the $100.00 bond or its equivalent posted on March 1, 2012, in this suit.

15. With respect to Ultimate Kobe Beef, LLC's counterclaims for **breach of contract, tortious interference with prospective relations, and promissory estoppel**, the Court enters judgment in favor of Kings High Ranch, LLC and Bill and Elizabeth Fisher d/b/a Saranac Oaks Ranch and against and against Ultimate Kobe Beef, LLC. Ultimate Kobe Beef, LLC shall take nothing on those claims.

16. Costs of Court shall be borne by the party incurring the same.

17. All writs and process for the enforcement and collection of this judgment or the costs of court may issue as necessary.

18. All relief not expressly granted is DENIED. This is a final, appealable judgment that disposes of all claims and all parties.

Signed this _3rd_ day of _October_ 2014

_____
Michelle M. Slaughter, Presiding Judge